450 A.2d 207

Commonwealth v. Guiseppe, Appellant.

Petition for Allowance of Appeal
Denied Feb. 23, 1983.

616

 Argued May 10, 1982. Charles M. J. Nester, Assistant Public Defender, for appellant; Frank Capaldo, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Affirmed.